# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN L. HOLMES  
5235 LINDEN ROAD, #8110  
ROCKFORD, IL  61109  

SSN-xxx-xx-9632

Case Number: 04-73972

Case filed on: 8/10/2004  
Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $26,070.56         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 1,147.51 | 1,147.51 | 1,147.51 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 4,466.78 | 4,466.78 | 4,466.78 | 0.00 |
|  | Total Priority | 5,614.29 | 5,614.29 | 5,614.29 | 0.00 |
| 999 | STEVEN L. HOLMES | 0.00 | 0.00 | 466.90 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 466.90 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 3,700.00 | 3,700.00 | 3,700.00 | 528.35 |
|  | Total Secured | 3,700.00 | 3,700.00 | 3,700.00 | 528.35 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 627.37 | 627.37 | 627.37 | 152.61 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 174.59 | 163.15 | 163.15 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 210.67 | 210.67 | 210.67 | 0.00 |
| 004 | FINGERHUT CREDIT ADVANTAGE | 1,030.08 | 1,030.08 | 1,030.08 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 363.58 | 363.58 | 363.58 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 3,652.70 | 3,652.70 | 3,652.70 | 0.00 |
| 007 | NCM TRST | 4,756.41 | 4,756.41 | 4,756.41 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 1,741.73 | 1,741.73 | 1,741.73 | 0.00 |
| 009 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BETTY HOLMES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,557.13 | 12,545.69 | 12,545.69 | 152.61 |
|  | Grand Total: | 23,235.42 | 23,223.98 | 23,690.88 | 680.96 |

Total Paid Claimant:     $24,371.84  
Trustee Allowance:       $1,698.72  
Percent Paid Unsecured:       100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008              By   /s/Heather M. Fagan